449 F.2d 1289
 Mrs. Delta MELANCON, Plaintiff-Appellant,
v.
RMK-BRJ, a Joint Venture, et al., Defendants-Appellees.
 No. 71-1560 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 2, 1971.
 Rehearing Denied September 15, 1971.
 
 Appeal from United States District Court, Western District of Louisiana; Edwin F. Hunter, Jr., District Judge.
 Thomas M. Bergstedt, Scofield & Bergstedt, Lake Charles, La., for plaintiff-appellant.
 Donald E. Walter, U. S. Atty., Shreveport, La., William E. Gwatkin, III, Admiralty & Shipping Section, Alan S. Rosenthal, Patricia S. Baptiste, Dept. of Justice, Washington, D. C., L. Patrick Gray, III, Asst. Atty. Gen., for defendants-appellees.
 Before COLEMAN, SIMPSON and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed.[1] See Local Rule 21.[2]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 The decision of the lower court is reported as Melancon v. RMK-BRJ, a joint venture et al., W.D.La.1971, 329 F.Supp. 981
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966